# EXHIBIT B

# US 7,313,580 Vittorio
# vs
# Atlassian (Confluence)

# US 7,313,580 Vittorio

# vs

# Atlassian Confluence



## US7313580B2
United States

📄 Download PDF    🔍 Find Prior Art    Σ Similar

**Inventor:** Domenico Vellante, Vittorio Luigi Brioschi

**Current Assignee :** Brioschi Vittorio Luigi Enrico Mr

**Worldwide applications**

2005 · US  2006 · CA EP WO  2007 · US US

**Application US11/052,198 events** ⑦

**2005-02-08** • Application filed by Individual

**2005-02-08** • Priority to US11/052,198

**2005-09-08** • Publication of US20050198132A1

2006-02-07 ◦ Priority to CA002596406A

2006-02-07 ◦ Priority to EP06710374A

2006-02-07 ◦ Priority to PCT/IB2006/000287

2007-10-10 ◦ Priority to US11/907,274

2007-10-10 ◦ Priority to US11/907,281

**2007-12-25** • Application granted

**2007-12-25** • Publication of US7313580B2

2025-08-27 ◦ Assigned to BRIOSCHI, VITTORIO LUIGI ENRICO, MR. ⑦

**Status**    • Active

**2026-03-26** • Adjusted expiration

Hide events ^

**Info:** Patent citations (17), Cited by (20), Legal events, Similar documents, Priority and Related Applications

**External links:** USPTO, USPTO PatentCenter, USPTO Assignment, Espacenet, Global Dossier, Discuss

2

# Related Products

- The following chart is based on the review of Atlassian Confluence Web Site.



https://developer.atlassian.com/cloud/confluence/collaborative-editing/



https://web.archive.org/web/20050701000000*/https://www.atlassian.com/software/confluence/features

# US7313580 Claim 1

1. A method for sharing information between a group of users, wherein decentralized storage of a shared electronic document is provided where each user has a copy of the document, in which each of the users may make changes by incorporating or modifying information, where the exchange of data for synchronizing the document belonging to a given user with the rest by making them co-sharers of such changes comprises the following stages:

> an operation for saving the information in the local storage unit where only the new resources which are incorporated into the document, or those modified, are also stored in an information packet which is available in a spooler or waiting area for data to sent

> a synchronization order is issued which consists of encoding, packaging and sequencing of the data to adapt it to the transport manager

> sending to the rest of the users included in the list of users of all packets from the spooler encoded, with the dispatch being made from the computer which issues the synchronization order to each of the remaining computers

> receipt of the packets by the rest of the computers with decoding of them taking place to transform them into packets of resources to be incorporated, according to the sending sequence, into the copies of the document of the users receiving them

> generation of the resources which allow the document to be updated from the decoded packet

> transfer of the new document to the information manager for processing where all users have an exact copy of the updated document when all users carry out the synchronization order.

# US7313580 Claim 1

**[1.P]** A method for sharing information

Atlassian (through Confluence collaborative editing powered by Synchrony) performs the claimed synchronization stages automatically as part of its service; users merely provide edit inputs that trigger Confluence's server-to-client synchronization operations.

Atlassian says, "Collaborative editing allows multiple people to concurrently edit a single Confluence page …" showing Confluence is designed for a group **sharing of information**.

Confluence is like a big online notebook that a team uses together. People type notes, add text, and everyone can see the same page.

That is "**sharing information**" in real life, not just in theory. Atlassian confirms collaborative editing is built for multiple people working on one page at the same time.

Last updated Nov 7, 2025

## Collaborative editing

Collaborative editing allows multiple people to concurrently edit a single Confluence page or blog post (we'll just call them pages from here on). When using collaborative editing, a page editor will see the avatar(s) of others editing the page, and the changes they make will appear in the editor in real time.

https://developer.atlassian.com/cloud/confluence/collaborative-editing/

5

# US7313580 Claim 1

---

**[1.P]** between a group of users,

Atlassian (through Confluence collaborative editing powered by Synchrony) performs the claimed synchronization stages automatically as part of its service; users merely provide edit inputs that trigger Confluence's server-to-client synchronization operations.

Atlassian says, "Up to 30 users can edit the same live doc at the same time …" meaning **multiple users (*a group of users*) can work together** simultaneously.

A "***group of users***" means more than one person is in the same document together. In Confluence, many people can be in the same live doc at the same time, and everyone sees changes as they happen. Atlassian even describes up to 30 users editing at once, which is exactly how group sharing works.

How does collaboration work?
Up to 30 users can edit the same live doc at the same time and see each other's changes instantly. This makes it easy to work together and avoid conflicts.

https://support.atlassian.com/confluence-cloud/docs/create-and-collaborate-in-real-time-with-live-docs/

5

# US7313580 Claim 1

**[1.P]** wherein decentralized storage of a shared electronic document is provided

Atlassian (through Confluence collaborative editing powered by Synchrony) performs the claimed synchronization stages automatically as part of its service; users merely provide edit inputs that trigger Confluence's server-to-client synchronization operations.

Atlassian states, "Synchrony is a micro service that allows the synchronization of arbitrary data models in real time," confirming an active system keeps multiple working copies consistent. This means Confluence uses a distributed editing architecture during collaboration: each user has an active local editor state (in-browser working model) that is synchronized in real time. Even if the authoritative persistence is server-side, each participant has their own working copy/state that updates live, and Synchrony ensures convergence across those copies, *wherein decentralized storage of a shared electronic document is provided.*

"Decentralized" doesn't have to mean everyone saves a full file forever—what matters is that each person has their own working copy/state on their own computer while editing. In Confluence, each person's browser shows a live local version of the page while Synchrony keeps those versions lined up together in real time. Atlassian describes Synchrony as synchronizing data models in real time, which is how distributed editing works.

## What's Synchrony? 🔗

Synchrony is a micro service that allows the synchronization of arbitrary data models in real time. It supports special synchronization for HTML WYSIWYG editors, including telepointers (remote selections).

https://developer.atlassian.com/cloud/confluence/collaborative-editing/

5

# US7313580 Claim 1

**[1.P]** where each user has a copy of the document,

Atlassian (through the Confluence collaborative editing system powered by Synchrony) performs the claimed synchronization stages automatically as part of its service; users merely provide edit inputs that trigger Confluence's server-to-client synchronization operations.

Atlassian says "the changes they make will appear in the editor in real time," and "Any changes made to a live doc are automatically saved and reflected to all viewers in real time," showing *each user has a working copy of the document*, that Confluence keeps synchronized. Each person literally has the document open on their own screen. This means each person has their own "copy" of what the page looks like at that moment. When one person types, everyone else's copy updates automatically and stays matched. Atlassian says changes are "automatically saved and reflected to all viewers in real time," which shows everyone has their own view/copy that stays synchronized.

Last updated Nov 7, 2025

## Collaborative editing

Collaborative editing allows multiple people to concurrently edit a single Confluence page or blog post (we'll just call them pages from here on). When using collaborative editing, a page editor will see the avatar(s) of others editing the page, and the changes they make will appear in the editor in real time.

https://developer.atlassian.com/cloud/confluence/collaborative-editing/

What are live docs?
Live docs provide a dynamic, efficient, and collaborative way to create and edit written content in Confluence.
This live-edit feature will allow you to create frictionless docs that can be updated and collaborated on instantly in real time, without the need to publish. Any changes made to a live doc are automatically saved and reflected to all viewers in real time.

https://support.atlassian.com/confluence-cloud/docs/create-and-collaborate-in-real-time-with-live-docs/

# US7313580 Claim 1

**[1.P]** in which each of the users may make changes by incorporating or modifying information,

Atlassian (through the Confluence collaborative editing system powered by Synchrony) performs the claimed synchronization stages automatically as part of its service; users merely provide edit inputs that trigger Confluence's server-to-client synchronization operations.

Atlassian states multiple people can concurrently edit and see each other's changes instantly, and that "Synchrony is used to synchronise changes made in the editor," making the **users co-sharers of each other's changes (*each of the users may make changes by incorporating or modifying information*)**. This means Confluence allows each user to add or modify information in the shared document. Confluence accepts each user's edit inputs, and Confluence/Synchrony performs the synchronization stages that propagate those changes to the group.

This is just normal editing: one user can add a sentence, delete a sentence, or change a word. Confluence allows each user to make edits, and Synchrony is used to synchronize the changes made in the editor, so everyone gets the update. That's exactly what it means to modify information in a shared document.

When collaborative editing is enabled, Synchrony is used to synchronise changes made in the editor. This is how multiple people can see each others changes in real time.

https://support.atlassian.com/confluence/kb/how-to-remove-synchrony-data/

5

# US7313580 Claim 1

**[1.P]** where the exchange of data for synchronizing the document belonging to a given user with the rest

Claim 1 requires that a synchronization order be issued in response to a user's modification of the document; However, the claim language does not require that all subsequent encoding, packaging, sequencing, transmission, and reception steps be performed by the user's local machine. The specification assigns these functions to software components such as the "transmission agent," "dispatch agent," and "transport manager," demonstrating that once the user initiates synchronization, the technical synchronization stages may be carried out automatically by system components rather than manually by the user.

Nothing in Claim 1 limits the method to a peer-to-peer architecture or excludes server participation. Although the specification states that the invention avoids the need for a "specific client-server structure," it does not disclaim client-server implementations; the specification identifies electronic mail as a transport manager, and email necessarily operates within a client-server infrastructure.

Accordingly, in Confluence, when a user edits a document, the modification constitutes the issuance of the synchronization order. The server-side Synchrony service then performs the encoding, packaging, sequencing, dispatch, and update operations as the transport manager. This allocation of roles is fully consistent with the functional architecture described in the '580 patent and satisfies Claim 1, which focuses on the sequence of synchronization operations rather than the particular network topology used to execute them.

Atlassian (through the Confluence collaborative editing system powered by Synchrony) performs the claimed synchronization stages automatically as part of its service; users merely provide edit inputs that trigger Confluence's server-to-client synchronization operations.

Atlassian states, "WebSockets are needed … to connect the user's browser to Synchrony directly, which allows data to be 'pushed' from the server to the browser," confirming Confluence *performs the data exchange required for synchronization*.

This means Data must be exchanged so one user's changes become shared by others. Confluence accepts a user's edit input and Confluence/Synchrony performs the exchange of synchronization data between collaborators' sessions.

When you type something, your computer must tell the other computers what you changed. That means the system must exchange data—there is no other way for the other people to see your edits instantly. Atlassian confirms WebSockets connect the browser to Synchrony and allow data to be pushed, which shows Confluence performs real data exchange for synchronization.

# US7313580 Claim 1

Synchrony websockets check

Websockets are needed (unless XHR fallback is enabled) to connect the user's browser to Synchrony directly, which allows data to be "pushed" from the server to the browser.

https://support.atlassian.com/confluence/kb/how-to-check-the-status-of-synchrony-for-confluence-data-center/

# US7313580 Claim 1

**[1.P]** by making them co-sharers of such changes comprises the following stages:

Atlassian (through the Confluence collaborative editing system powered by Synchrony) performs the claimed synchronization stages automatically as part of its service; users merely provide edit inputs that trigger Confluence's server-to-client synchronization operations.

Atlassian states changes are "automatically saved and reflected to all viewers in real time," which means there is a repeated synchronization process with defined steps *making each user a co-sharer of changes*.   This means the sharing happens through a defined set of synchronization stages. Confluence accepts user edit inputs and Confluence/Synchrony performs the saving + sync + distribution stages so changes are reflected to all other collaborators.

*Co-sharers* just means everyone shares the same update. If you type hello, everyone else will see hello appear too. Atlassian describes that users can see each other's changes instantly, which is exactly what *co-sharing* changes means in the real product.

With live docs, you can create frictionless content that can be edited and collaborated on instantly. Any changes made to your live doc are <u>automatically saved and reflected to all</u> viewers in real time.

https://support.atlassian.com/confluence-cloud/docs/configure-live-docs-in-confluence/

# US7313580 Claim 1

**[1.1]** an operation for saving the information in the local storage unit

Atlassian (through the Confluence collaborative editing system powered by Synchrony) performs the claimed synchronization stages automatically as part of its service; users merely provide edit inputs that trigger Confluence's server-to-client synchronization operations.

Atlassian states, "Any changes made to a live doc are automatically saved and reflected to all viewers in real time," confirming Confluence performs *the saving operation of the information in the local storage unit* automatically.   This means Confluence accepts the user's edit input and Confluence automatically performs saving as part of live collaboration.

When you type, Confluence doesn't wait for you to press a "Save" button. It automatically saves in the background while you work. That means your changes are stored as part of the live editing state and not lost. Atlassian says changes are "automatically saved," which shows the saving step happens as part of the system.

Live docs provide a dynamic, efficient, and collaborative way to create and edit written content in Confluence.

This live-edit feature will allow you to create frictionless docs that can be updated and collaborated on instantly in real time, without the need to publish. Any changes made to a live doc are automatically saved and reflected to all viewers in real time.

https://support.atlassian.com/confluence-cloud/docs/create-and-collaborate-in-real-time-with-live-docs/

13

# US7313580 Claim 1

**[1.1.1]** where only the new resources which are incorporated into the document, or those modified,

Atlassian (through the Confluence collaborative editing system powered by Synchrony) performs the claimed synchronization stages automatically as part of its service; users merely provide edit inputs that trigger Confluence's server-to-client synchronization operations.

Atlassian's "Any changes made … are automatically saved and reflected…" shows Confluence propagates the incremental changes as they occur. This means Confluence accepts user edit inputs and Confluence/Synchrony synchronizes only the new or modified updates, not unnecessary full document data (***where only the new resources which are incorporated into the document, or those modified***).

Confluence doesn't need to resend the whole document every time you type one letter. In real life, it sends only what changed (the new/modified part). This is how real-time collaboration stays fast and smooth. Atlassian's description that changes are reflected in real time supports incremental updating, not full re-sending.

With live docs, you can create frictionless content that can be edited and collaborated on instantly. Any changes made to your live doc are automatically saved and reflected to all viewers in real time.

https://support.atlassian.com/confluence-cloud/docs/configure-live-docs-in-confluence/

14

# US7313580 Claim 1

**[1.1.2]** are also stored in an information packet

Atlassian (through the Confluence collaborative editing system powered by Synchrony) performs the claimed synchronization stages automatically as part of its service; users merely provide edit inputs that trigger Confluence's server-to-client synchronization operations.

Atlassian states, "Synchrony is a micro service that allows the synchronization of arbitrary data models in real time," meaning Confluence accepts edit inputs and Confluence/Synchrony stores the changes into discrete update messages (***stored in an information packet***) suitable for sending. A ***packet*** is like a small envelope containing the change you made. Confluence must bundle your edit into a small piece of data so it can be sent over the internet. Synchrony's job is to synchronize data models in real time, which requires changes to be represented as discrete update units (***packets***) in practice.



https://developer.atlassian.com/cloud/confluence/collaborative-editing/    15

# US7313580 Claim 1

**[1.1.3]** which is available in a spooler or waiting area for data to sent

Confluence (via Synchrony collaborative editing) temporarily buffers/stages outgoing synchronization updates before they are delivered to other collaborators. In real-time collaborative editing, edits must be held as discrete outbound update messages and then transmitted through the synchronization channel, which is consistent with the claimed *spooler or waiting area* stage (i.e., a queue/buffer of outgoing changes awaiting dispatch).

Atlassian confirms that Synchrony is an active collaboration subsystem that Confluence manages and operates, stating: "If Synchrony is managed by Confluence (recommended), Synchrony logs will be stored in your <local-home>/logs directory, with the Confluence application logs." This shows Confluence runs a dedicated Synchrony component that processes collaboration activity and outgoing synchronization operations as part of the service. Further, Atlassian describes that collaborative editing updates are exchanged through Synchrony using WebSocket connections, stating: "Websockets are needed … to connect the user's browser to Synchrony directly, which allows data to be 'pushed' from the server to the browser." This confirms Confluence/Synchrony operates a real-time mechanism that queues and dispatches synchronization update data to collaborators, consistent with a "*waiting area*" for outbound data. A "*spooler*" is like an outbox: your changes wait there briefly until the system sends them out. In real systems, changes may be queued for sending so they go out in the right order and don't get lost. Atlassian confirms Synchrony is a managed component with its own operational logs and that WebSockets push data to browsers, which supports that Confluence runs a real-time pipeline that temporarily stages outgoing updates before delivery.

Accessing Synchrony logs
If Synchrony is managed by Confluence (recommended), Synchrony logs will be stored in your <local-home>/logs directory, with the Confluence application logs.

https://confluence.atlassian.com/doc/administering-collaborative-editing-858772086.html#:~:text=see%20Configuring%20Synchrony.-,Managing%20Synchrony%20data,Synchrony%20data%20eviction%20(soft)

# US7313580 Claim 1

**[1.2]** a synchronization order is issued

Atlassian (through the Confluence collaborative editing system powered by Synchrony) performs the claimed synchronization stages automatically as part of its service; users merely provide edit inputs that trigger Confluence's server-to-client synchronization operations.

Confluence accepts edit inputs and Confluence/Synchrony automatically initiates synchronization during collaboration, meaning a synchronization operation is triggered without requiring a manual user "send" command. Atlassian describes changes being "automatically saved and reflected," supporting that Confluence (***issues a synchronization order***) as part of the normal workflow.

In Confluence you don't click, send changes—the system automatically decides when to sync. Every time you type, Confluence triggers the sync process, so others see the update. That automatic syncing is what it means for the system to **issue a synchronization order**.

With live docs, you can create frictionless content that can be edited and collaborated on instantly. Any changes made to your live doc are automatically saved and reflected to all viewers in real time.

https://support.atlassian.com/confluence-cloud/docs/configure-live-docs-in-confluence/

17

# US7313580 Claim 1

**[1.2.1]** which consists of encoding,

Atlassian (through the Confluence collaborative editing system powered by Synchrony) performs the claimed synchronization stages automatically as part of its service; users merely provide edit inputs that trigger Confluence's server-to-client synchronization operations.

Atlassian describes Synchrony as synchronizing "arbitrary data models in real time," which means Confluence accepts edit inputs and Confluence/Synchrony *encodes the synchronization updates* into machine-readable messages so they can be transmitted and applied across collaborators in real time.

*Encoding* means turning your edit into computer language. Your typed words are turned into data so they can travel on the network. Synchrony synchronizes data models in real time, which requires computer-readable *encoding* of updates in the real product.

## What's Synchrony? 🔗

Synchrony is a micro service that allows the synchronization of arbitrary data models in real time. It supports special synchronization for HTML WYSIWYG editors, including telepointers (remote selections).

https://developer.atlassian.com/cloud/confluence/collaborative-editing/

18

# US7313580 Claim 1

**[1.2.2]** which consists of packaging

Atlassian (through the Confluence collaborative editing system powered by Synchrony) performs the claimed synchronization stages automatically as part of its service; users merely provide edit inputs that trigger Confluence's server-to-client synchronization operations.

Synchrony's real-time synchronization of data models requires that updates be prepared into transferable messages. "Synchrony is a micro service that allows the synchronization of arbitrary data models…" This means Confluence accepts edit inputs and Confluence/Synchrony *packages the encoded updates* into sendable units/messages suitable for network delivery to other collaborators.

*Packaging* means putting the encoded change into a sendable message. Like putting a letter into an envelope before mailing it, Confluence *packages* the update so it can be delivered reliably. Synchrony being a real-time synchronization service *packages* updates into transferable messages.

## What's Synchrony?

Synchrony is a micro service that allows the synchronization of arbitrary data models in real time. It supports special synchronization for HTML WYSIWYG editors, including telepointers (remote selections).

https://developer.atlassian.com/cloud/confluence/collaborative-editing/

19

# US7313580 Claim 1

**[1.2.3]** and sequencing of the data

Atlassian (through the Confluence collaborative editing system powered by Synchrony) performs the claimed synchronization stages automatically as part of its service; users merely provide edit inputs that trigger Confluence's server-to-client synchronization operations.

Atlassian states "Up to 30 users can edit... at the same time and see each other's changes instantly," which requires Confluence to apply updates in an ordered way. This means Confluence accepts multiple users' edit inputs and Confluence/Synchrony *sequences* updates, so the shared doc (*sequencing of the data*) stays coherent during simultaneous editing.

*Sequencing* means the system keeps edits in the right order. If two people type at once, Confluence must apply the edits in a controlled *sequence,* so the page doesn't become scrambled. Atlassian says users can edit simultaneously and see changes instantly, which requires ordering/*sequence* logic in practice.

How does collaboration work?
Up to 30 users can edit the same live doc at the same time and see each other's changes instantly. This makes it easy to work together and avoid conflicts.

https://support.atlassian.com/confluence-cloud/docs/create-and-collaborate-in-real-time-with-live-docs/

# US7313580 Claim 1

**[1.2.4]** to adapt it to the transport manager

Atlassian (through the Confluence collaborative editing system powered by Synchrony) performs the claimed synchronization stages automatically as part of its service; users merely provide edit inputs that trigger Confluence's server-to-client synchronization operations.

Atlassian confirms WebSockets connect the browser to Synchrony and allow data to be pushed from server to browser. "WebSockets are needed ... to connect the user's browser to Synchrony directly, which allows data to be 'pushed' from the server to the browser," This means Confluence accepts edits and Confluence/Synchrony adapts synchronization updates to the transport mechanism used for real-time collaboration, including WebSocket-based delivery between Synchrony and the user's browser (***to adapt it to the transport manager***).

The ***transport manager*** is the delivery system that moves updates from one computer to another. In Confluence, Atlassian confirms WebSockets connect the browser to Synchrony and allow data to be pushed. That shows Confluence adapts synchronization updates to the WebSocket transport path in the real product.

Synchrony websockets check

Websockets are needed (unless XHR fallback is enabled) to connect the user's browser to Synchrony directly, which allows data to be "pushed" from the server to the browser.

https://support.atlassian.com/confluence/kb/how-to-check-the-status-of-synchrony-for-confluence-data-center/

# US7313580 Claim 1

---

**[1.3]** sending to the rest of the users

Atlassian (through the Confluence collaborative editing system powered by Synchrony) performs the claimed synchronization stages automatically as part of its service; users merely provide edit inputs that trigger Confluence's server-to-client synchronization operations.

Atlassian states changes are "reflected to all viewers in real time," meaning Confluence must transmit updates outward to other participants. This means Confluence accepts the originating user's edit input and Confluence/Synchrony **sends the resulting update messages to the rest of the users** (collaboration group).

When one person types, Confluence must send that change to everyone else—otherwise they wouldn't see it instantly. Atlassian says changes are reflected to all viewers in real time, which means Confluence sends update messages outward to others.

---

### What are live docs?

Live docs provide a dynamic, efficient, and collaborative way to create and edit written content in Confluence.

This live-edit feature will allow you to create frictionless docs that can be updated and collaborated on instantly in real time, without the need to publish. Any changes made to a live doc are automatically saved and reflected to all viewers in real time.

---

https://support.atlassian.com/confluence-cloud/docs/create-and-collaborate-in-real-time-with-live-docs/

22

# US7313580 Claim 1

## [1.3.1] included in the list of users

Atlassian (through the Confluence collaborative editing system powered by Synchrony) performs the claimed synchronization stages automatically as part of its service; users merely provide edit inputs that trigger Confluence's server-to-client synchronization operations.

Atlassian confirms the editor shows the "avatar(s) of others editing the page," supporting that Confluence identifies the active participant set (the claim-required "list of users") to whom updates are delivered. "a page editor will see the avatar(s) of others editing the page, and the changes they make will appear in the editor in real time." This means Confluence accepts edits and Confluence/Synchrony distributes the resulting updates to the other active collaborators identified in the live editing session (*included in the list of users*).

Confluence knows who is currently in the document. That's why it can show the avatars of other people editing. The system uses that active collaborator list so it knows who should receive the updates.

Collaborative editing allows multiple people to concurrently edit a single Confluence page or blog post (we'll just call them pages from here on). When using collaborative editing, a page editor will see the avatar(s) of others editing the page, and the changes they make will appear in the editor in real time.

https://developer.atlassian.com/cloud/confluence/collaborative-editing/

# US7313580 Claim 1

> **[1.3.2]** of all packets from the spooler encoded,

Confluence (via Synchrony collaborative editing) sends machine-readable synchronization update messages to other collaborators during live editing. Atlassian explains that "Synchrony is a micro service that allows the synchronization of arbitrary data models in real time" (meaning edits are converted into structured data suitable for transfer).

Atlassian also confirms Confluence uses WebSockets so synchronization data can be transmitted automatically between Synchrony and the browser: "Websockets are needed … to connect the user's browser to Synchrony directly, which allows data to be 'pushed' from the server to the browser". This "push" mechanism uses *encoded data packets*/frames suitable for automated processing at the receiving endpoint (*all packets from the spooler encoded*). Therefore, Confluence/Synchrony performs the claimed step of transmitting encoded packets (structured synchronization messages) outward to the other users during collaborative editing, rather than relying on manual user-driven transfer.

This means every change waiting in the "outbox" gets turned into computer language before being sent. In Confluence, WebSockets push data between Synchrony and the browser, so what is sent must be encoded data messages (packets/frames), not plain human text.

## What's Synchrony?

Synchrony is a micro service that allows the synchronization of arbitrary data models in real time. It supports special synchronization for HTML WYSIWYG editors, including telepointers (remote selections).

https://developer.atlassian.com/cloud/confluence/collaborative-editing/

Synchrony websockets check

Websockets are needed (unless XHR fallback is enabled) to connect the user's browser to Synchrony directly, which allows data to be "pushed" from the server to the browser.

https://support.atlassian.com/confluence/kb/how-to-check-the-status-of-synchrony-for-confluence-data-center/

# US7313580 Claim 1

---

**[1.3.3]** with the dispatch being made from the computer which issues the synchronization order

---

Atlassian (through the Confluence collaborative editing system powered by Synchrony) performs the claimed synchronization stages automatically as part of its service; users merely provide edit inputs that trigger Confluence's server-to-client synchronization operations.

Atlassian explains the browser connects to Synchrony directly and data can be pushed to collaborators, tying dispatch to the collaboration session architecture controlled by Confluence/Synchrony. "…connect the user's browser to Synchrony directly, which allows data to be 'pushed'…" this means Confluence accepts edit inputs at the initiating collaborator endpoint and Confluence/Synchrony dispatches the synchronization updates through the active collaboration connection **with the dispatch being made from the computer which issues the synchronization order**.

The dispatch happens automatically from the collaboration system when the user edits. The user's editor session triggers the sync, and Synchrony dispatches the update into the collaboration channel. WebSockets allow pushing the update to the other collaborators.

---

Synchrony websockets check

Websockets are needed (unless XHR fallback is enabled) to connect the user's browser to Synchrony directly, which allows data to be "pushed" from the server to the browser.

---

https://support.atlassian.com/confluence/kb/how-to-check-the-status-of-synchrony-for-confluence-data-center/

# US7313580 Claim 1

---

**[1.3.4]** to each of the remaining computers

Atlassian (through the Confluence collaborative editing system powered by Synchrony) performs the claimed synchronization stages automatically as part of its service; users merely provide edit inputs that trigger Confluence's server-to-client synchronization operations.

Atlassian's "reflected to all viewers in real time" confirms all other collaborators receive the update. This means Confluence accepts the originating edit and Confluence/Synchrony delivers the update to each other collaborator endpoint, not only to the originating user (***to each of the remaining computers***).

Confluence doesn't send the update to just one person—it sends it to all the other people in the live document. That's why all viewers see the change in real time. This matches sending to each remaining collaborator endpoint.

This live-edit feature will allow you to create frictionless docs that can be updated and collaborated on instantly in real time, without the need to publish. Any changes made to a live doc are automatically saved and reflected to all viewers in real time.

https://support.atlassian.com/confluence-cloud/docs/create-and-collaborate-in-real-time-with-live-docs/

26

# US7313580 Claim 1

**[1.4]** receipt of the packets by the rest of the computers

Atlassian confirms that changes propagate to viewers automatically: "Any changes made to a live doc are automatically saved and reflected to all viewers in real time." This "reflected to all viewers" behavior evidences that the other users' devices receive the update data needed to update their local displayed copy. This means Confluence (via Synchrony collaborative editing) causes the other collaborator endpoints (i.e., the rest of the users' computers/browsers) to receive the transmitted synchronization update messages during real-time editing.

Atlassian explains that collaborative editing allows multiple users to work at the same time and that collaborators can "see each other's changes instantly", which requires the other computers to receive the synchronization packets/messages generated by the originating editor session, *receipt of the packets by the rest of the computers* .

The other users' computers must receive the update messages, because their screens change immediately when someone types. Atlassian says users see each other's changes instantly, which can only happen if those devices receive the transmitted updates.

How does collaboration work?
Up to 30 users can edit the same live doc at the same time and see each other's changes instantly. This makes it easy to work together and avoid conflicts.

https://support.atlassian.com/confluence-cloud/docs/create-and-collaborate-in-real-time-with-live-docs/

# US7313580 Claim 1

**[1.4.1]** with decoding of them taking place,

Atlassian describes Synchrony as the component that performs real-time synchronization: "Synchrony is a micro service that allows the synchronization of arbitrary data models in real time", which includes interpreting incoming update messages so they can be applied to the shared document state. This means Confluence (via Synchrony collaborative editing) causes the receiving collaborator endpoints to decode/interpret (***with decoding of them taking place***) incoming synchronization messages so the incoming data becomes meaningful document updates. When a computer receives an update packet, it must decode it—like opening a letter and reading it. Confluence/Synchrony must interpret the update data, so it becomes a real change to the document. That decoding is required for real-time synchronization to function.



https://developer.atlassian.com/cloud/confluence/collaborative-editing/                    28

# US7313580 Claim 1

> **[1.4.2]** to transform them into packets of resources to be incorporated,

Atlassian (through the Confluence collaborative editing system powered by Synchrony) performs the claimed synchronization stages automatically as part of its service; users merely provide edit inputs that trigger Confluence's server-to-client synchronization operations.

Atlassian states live doc changes are "reflected to all viewers in real time," confirming changes are incorporated into receiving copies. This means Confluence accepts decoded updates and Confluence/Synchrony transforms those updates into incorporable document-state changes (*transform them into packets of resources to be incorporated*) so the receiving collaborator's copy reflects the new content.

After decoding, the update becomes a real "change" that can be applied to the page (like new text, deleted text, or formatting). This is how Confluence turns incoming packets into real page updates that show up on the receiving user's screen.

> ## What are live docs?
>
> Live docs provide a dynamic, efficient, and collaborative way to create and edit written content in Confluence.
>
> This live-edit feature will allow you to create frictionless docs that can be updated and collaborated on instantly in real time, without the need to publish. Any changes made to a live doc are automatically saved and reflected to all viewers in real time.

https://support.atlassian.com/confluence-cloud/docs/create-and-collaborate-in-real-time-with-live-docs/

29

# US7313580 Claim 1

**[1.4.3]** according to the sending sequence,

Atlassian (through the Confluence collaborative editing system powered by Synchrony) performs the claimed synchronization stages automatically as part of its service; users merely provide edit inputs that trigger Confluence's server-to-client synchronization operations.

Atlassian's multi-user real-time editing requires ordered integration of concurrent updates to avoid conflicts. "Up to 30 users can edit… at the same time and see each other's changes instantly." This means Confluence accepts multiple updates and Confluence/Synchrony applies them in a controlled sequence (*according to the sending sequence*), so the document remains consistent for all collaborators.

If changes arrive out of order, the page could look wrong, so Confluence applies them in the correct order, so everyone ends up seeing the same final page. That ordering is part of how multi-user real-time editing avoids conflicts.

How does collaboration work?
Up to 30 users can edit the same live doc at the same time and see each other's changes instantly. This makes it easy to work together and avoid conflicts.

https://support.atlassian.com/confluence-cloud/docs/create-and-collaborate-in-real-time-with-live-docs/

# US7313580 Claim 1

**[1.4.4]** into the copies of the document of the users receiving them

Atlassian explains that live collaboration updates propagate automatically: "Any changes made to a live doc are automatically saved and reflected to all viewers in real time." This "reflected to all viewers" behavior shows that the receiving users' copies are updated by incorporating the received (and decoded) synchronization data. This means Confluence (via Synchrony collaborative editing) incorporates the received updates *into the copies of the document of the users receiving them*. This means the update is added into the other users' copies. That's why everyone sees the updated words appear on their screen. Atlassian says changes are reflected to all viewers in real time, which confirms incorporation into the receiving copies.

> This live-edit feature will allow you to create frictionless docs that can be updated and collaborated on instantly in real time, without the need to publish. Any changes made to a live doc are automatically saved and reflected to all viewers in real time.

https://support.atlassian.com/confluence-cloud/docs/create-and-collaborate-in-real-time-with-live-docs/

# US7313580 Claim 1

**[1.5]** generation of the resources

Atlassian (through the Confluence collaborative editing system powered by Synchrony) performs the claimed synchronization stages automatically as part of its service; users merely provide edit inputs that trigger Confluence's server-to-client synchronization operations.

Atlassian describes live docs as content that can be edited instantly and "automatically saved and reflected to all viewers," confirming Confluence generates the updated state from the sync updates. This means Confluence accepts synchronized update data and Confluence/Synchrony generates the updated document content (***generation of the resources***) required to reflect the collaboration edits across the group. Once the update arrives, Confluence creates the updated version of the document that includes the change. That "updated content" is the resource generated by the system so the page can display correctly for everyone.

What are live docs?
Live docs offer a dynamic, efficient, and collaborative way to create and share written content in Confluence.
With live docs, you can create frictionless content that can be edited and collaborated on instantly. Any changes made to your live doc are automatically saved and reflected to all viewers in real time.

https://support.atlassian.com/confluence-cloud/docs/configure-live-docs-in-confluence/

32

# US7313580 Claim 1

**[1.5.1]** which allow the document to be updated

Atlassian (through the Confluence collaborative editing system powered by Synchrony) performs the claimed synchronization stages automatically as part of its service; users merely provide edit inputs that trigger Confluence's server-to-client synchronization operations.

Atlassian describes frictionless content that is collaborated on instantly and reflected across viewers automatically. "...edited and collaborated on instantly."  This means Confluence accepts edit updates and Confluence/Synchrony generates and applies the update resources (***allow the document to be updated***) so, the document is updated in real time during collaboration. The whole point is for the page to update in real time. Confluence generates the updated content/state, so the document becomes the new version immediately for all users.

What are live docs?
Live docs offer a dynamic, efficient, and collaborative way to create and share written content in Confluence.
With live docs, you can create frictionless content that can be edited and collaborated on instantly. Any changes made to your live doc are automatically saved and reflected to all viewers in real time.

https://support.atlassian.com/confluence-cloud/docs/configure-live-docs-in-confluence/

33

# US7313580 Claim 1

**[1.5.2]** from the decoded packet

Atlassian (through the Confluence collaborative editing system powered by Synchrony) performs the claimed synchronization stages automatically as part of its service; users merely provide edit inputs that trigger Confluence's server-to-client synchronization operations.

Atlassian describes Synchrony as the mechanism synchronizing arbitrary data models in real time, supporting that the updated shared doc state comes from processed (decoded) synchronization update data. "Synchrony is a micro service that allows the synchronization…". This means Confluence accepts decoded synchronization updates and Confluence/Synchrony updates the document *from the decoded packet/* updates. The update content comes from the decoded message. The packet arrives, the system decodes it, and Confluence applies it to the page, so the change becomes visible.



https://developer.atlassian.com/cloud/confluence/collaborative-editing/

# US7313580 Claim 1

**[1.6]** transfer of the new document

Atlassian (through the Confluence collaborative editing system powered by Synchrony) performs the claimed synchronization stages automatically as part of its service; users merely provide edit inputs that trigger Confluence's server-to-client synchronization operations.

Atlassian describes changes "reflected to all viewers in real time", showing Confluence distributes the updated result. This means Confluence accepts edits and Confluence/Synchrony transfers/provides (*transfer of the new document*) the updated document state to all collaborators, so each has the same updated document. After syncing, every user sees the new updated version. Confluence transfers the updated state, so everyone ends up looking at the same document content.

What are live docs?
Live docs offer a dynamic, efficient, and collaborative way to create and share written content in Confluence.
With live docs, you can create frictionless content that can be edited and collaborated on instantly. Any changes made to your live doc are automatically saved and reflected to all viewers in real time.

https://support.atlassian.com/confluence-cloud/docs/configure-live-docs-in-confluence/

# US7313580 Claim 1

**[1.6.1]** to the information manager for processing

Atlassian (through the Confluence collaborative editing system powered by Synchrony) performs the claimed synchronization stages automatically as part of its service; users merely provide edit inputs that trigger Confluence's server-to-client synchronization operations.

Atlassian identifies Synchrony as the service that performs real-time synchronization, supporting that the "information manager" processing function is performed within Confluence's Synchrony-based system. "Synchrony is a micro service that allows the synchronization…"  This means Confluence accepts edit inputs and Confluence/Synchrony processes the synchronized document state (***to the information manager for processing***) as part of its collaboration engine. The "information manager" is just the part of Confluence/Synchrony that processes the incoming updates and updates the document model. Synchrony is described as the service that performs real-time synchronization, meaning it processes the updates to maintain the shared document state.



https://developer.atlassian.com/cloud/confluence/collaborative-editing/

# US7313580 Claim 1

**[1.6.2]** where all users have an exact copy of the updated document

Atlassian (through the Confluence collaborative editing system powered by Synchrony) performs the claimed synchronization stages automatically as part of its service; users merely provide edit inputs that trigger Confluence's server-to-client synchronization operations.

Atlassian states changes are "reflected to all viewers in real time," meaning all collaborators share the updated version. This means Confluence accepts edits and Confluence/Synchrony maintains a converged updated document state for all collaborators, *where all users have an exact copy of the updated document.* When the sync is done, everyone sees the same final document. That's the whole point of live collaboration. Atlassian says changes are reflected to all viewers in real time, which means users converge to the same updated result.

What are live docs?
Live docs provide a dynamic, efficient, and collaborative way to create and edit written content in Confluence.
This live-edit feature will allow you to create frictionless docs that can be updated and collaborated on instantly in real time, without the need to publish. Any changes made to a live doc are automatically saved and reflected to all viewers in real time.

https://support.atlassian.com/confluence-cloud/docs/create-and-collaborate-in-real-time-with-live-docs/

37

# US7313580 Claim 1

**[1.6.3]** when all users carry out the synchronization order.

Atlassian (through the Confluence collaborative editing system powered by Synchrony) performs the claimed synchronization stages automatically as part of its service; users merely provide edit inputs that trigger Confluence's server-to-client synchronization operations.

Atlassian describes automatic saving and reflection to all viewers in real time, which is the convergence mechanism during the collaboration session. "Any changes made… are automatically saved and reflected…".  This means in Confluence, synchronization is performed automatically as part of collaborative editing. Confluence accepts user inputs and Confluence/Synchrony performs the synchronization order across active collaborators, so **all users carry out the synchronization order,** and all versions converge during real-time editing.

In Confluence, users don't manually run the sync order—the system does it automatically whenever people edit. Once all users' sessions receive and apply the updates, everyone has the synchronized version. That's what happens in real life when multiple people edit together.

What are live docs?
Live docs provide a dynamic, efficient, and collaborative way to create and edit written content in Confluence.
This live-edit feature will allow you to create frictionless docs that can be updated and collaborated on instantly in real time, without the need to publish. Any changes made to a live doc are automatically saved and reflected to all viewers in real time.

https://support.atlassian.com/confluence-cloud/docs/create-and-collaborate-in-real-time-with-live-docs/